UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:14-CV-00607- DALTON/Spalding

THE WINDWARD ON LAKE CONWAY
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

UNITED NATIONAL INSURANCE COMPANY and
APPALACHIAN UNDERWRITERS, INC.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

COMES NOW, the Plaintiff, The Windward on Lake Conway Condominium Association, Inc. ("Windward"), by and through the undersigned counsel, hereby files with the Court the following supplemental authority, attached hereto in support of Windward's Memorandum in Opposition [DE 46] to Defendant, United National Insurance Company's ("United") Dispositive Motion for Summary Judgment. [DE 43].

1. Fla. Stat. § 626.925;

2. *Chacin v. Generali Assicurazioni Generali Spa*, 655 So. 2d 1162, 1163 (Fla 3d DCA 1995).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further certify that the document is being served this day on all counsel of record identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**GEYER FUXA TYLER, PLLC**
490 Sawgrass Corporate Parkway, Ste. 110
Sunrise, FL 33325
Phone: (954) 990-5251; Fax: (954) 990-4346
*Attorneys for Plaintiff*
Email: Jeremy.tyler@gftlawfirm.com
Email: wyn.geyer@gftlawfirm.com
Email: Hillary.cohen@gftlawfirm.com

By: */s/ Jeremy Tyler*
    Jeremy F. Tyler, Esq.
    Florida Bar No.: 77115
    Hillary Cohen, Esq.
    Florida Bar No. 31005
    W. Wyndham Geyer, Jr., Esq.
    Florida Bar No.: 330418

## SERVICE LIST

| | |
|---|---|
| Bruce A. Aebel, Esq. | Harry O. Thomas, Esq. |
| Christopher W. Hollman, Esq. | Bert Combs, Esq. |
| Banker Lopez Gassler | Karen Asher-Cohen, Esq. |
| 501 E Kennedy Blvd., Ste. 1500 | Radey Law Firm |
| Tampa FL 33602 | PO Box 10967 |
| (813) 222-2075; Fax (813) 222-3066 | Tallahassee, FL 32302 |
| Baebel@bankerlopez.com | (850) 425-6681; Fax (850) 425-6694 |
| Chollman@bankerlopez.com | hthomas@radeylaw.com |
| Counsel for Defendant United National | bcombs@radeylaw.com |
| | karen@radeylaw.com |
| | Counsel for Defendant, Appalachian |